Seyfarth

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/09/2026

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

bolshansky@seyfarth.com
T (212) 218-3374

www.seyfarth.com

September 9, 2026

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**In light of the extension of discovery deadlines, the Court adjourns the case management conference scheduled for December 16, 2026, to January 29, 2027, at 11:00 A.M. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36.**

**Dated: September 9, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED

**Re: *Zina L. Everett v. Costco Wholesale Corp.*, S.D.N.Y. Case No. 25 CV 06023 [NSR-VR]**

Your Honor:

This Firm represents Costco Wholesale Corporation ("Costco") ("Defendant") in the above-referenced matter. We write on behalf of Plaintiff Zina Everett ("Plaintiff") and Defendant (together, the "Parties") to respectfully request an adjournment of the December 18, 2026 Case Management Conference pursuant to Judge Reznik's September 3, 2026 order (ECF No. 35) to a date in January 2027 convenient to the Court.

On April 7, 2026, the Court entered the initial Scheduling Order. (*See* ECF No. 20.)

On September 2, 2026, to enable the Parties to continue to cooperatively engage in discovery and prepare for depositions, the Parties requested an extension of the outstanding discovery deadlines in this case, including the close of fact discovery to December 18, 2026. (ECF No. 34.)

On September 3, 2026, the Court granted the Parties' request, extending the close of fact discovery to December 18, 2026 and directing the Parties to contact Your Honor's Chambers by September 11, 2026 to request an adjournment of the currently scheduled December 18, 2026 Case Management Conference. (ECF No. 35.)

Accordingly, based on the Amended Scheduling Order and Judge Reznik's directive of September 3, 2026, the Parties respectfully request that this Court adjourn the December 18, 2026 Case Management Conference to a date in January 2027 or another date convenient to the Court.

This is the Parties' first request for an adjournment of any Case Management Conference. The Parties request a continuance of the Case Management Conference pursuant to Judge Reznik's directive of September 3, 2026.

Please do not hesitate to contact us if you require additional information.

///

Sincerely,

SEYFARTH SHAW LLP

*/s/ Bernard D. Olshansky*

Courtney S. Stieber
Bernard D. Olshansky

cc: Plaintiff (via ECF)