USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Zina L. Everett,

Plaintiff,

-against-

Costco Wholesale Corporation,

Defendant.

---------------------------------------------------------------X

25-cv-06023-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On November 2, 2026, Plaintiff was directed to respond to Defendant's letter at ECF No. 41. (Mem. Endorsement, ECF No. 42). The deadline to respond was November 6, 2026, but no letter has been received. (*Id.*). Plaintiff is reminded to submit her letter, which is now due by November 17, 2026.

**SO ORDERED.**

DATED: White Plains, New York
11/10/2026

VICTORIA REZNIK
United States Magistrate Judge